■ LLOYD RICHARDS, Plaintiff, v DAILY NEWS DISTRIBUTING
CORP., Appellant, and DAILY NEWS, LP, Defendant and Third-
Party Plaintiff-Appellant. ISS INTERNATIONAL SERVICE SYS-
TEMS, INC., Third-Party Defendant-Respondent. [742 NYS2d 564]
—In an action to recover damages for personal injuries, the de-
fendant Daily News Distributing Corp. and the defendant
third-party plaintiff Daily News, LP, appeal from a judgment
of the Supreme Court, Kings County (Held, J.), dated March
23, 2001, which, upon the granting of the motion of the third-
party defendant for judgment as a matter of law dismissing
the third-party complaint, made at the close of the third-party
plaintiff's proof, dismissed the third-party complaint.

Ordered that the appeal by Daily News Distributing Corp. is
dismissed, as it is not aggrieved by the judgment appealed
from (*see* CPLR 5511); and it is further,

Ordered that the judgment is affirmed; and it is further,

Ordered that the third-party defendant is awarded one bill
of costs.

The Supreme Court properly awarded judgment to the third-
party defendant at the close of the third-party plaintiff's proof
since, viewing the evidence in the light most favorable to the
third-party plaintiff, accepting all of its evidence as true, and
resolving all credibility issues and inferences in its favor, the
jury could not have found in its favor by any rational process
(*see* CPLR 4401; *Szczerbiak v Pilat*, 90 NY2d 553; *Schriber v
Melroe Co.*, 273 AD2d 650; *cf. State Farm Ins. Co. v Amana
Refrig.*, 266 AD2d 372).

The parties' remaining contentions are either without merit
or need not be reached in light of this determination. Florio,
J.P., S. Miller, Schmidt and Cozier, JJ., concur.